■ JoANN ABBO-BRADLEY, Individually and as Parent and Natural Guardian of DYLAN J. BRADLEY and Others, Infants, et al., Appellants, v CITY OF NIAGARA FALLS et al., Defendants, and SEVENSON ENVIRONMENTAL SERVICES, INC., Respondent. (Appeal No. 2.) [21 NYS3d 684]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Valentino, JJ.

■ JoANN ABBO-BRADLEY, Individually and as Parent and Natural Guardian of DYLAN J. BRADLEY and Others, Infants, et al., Appellants, v CITY OF NIAGARA FALLS et al., Defendants, and CONESTOGA-ROVERS & ASSOCIATES, Respondent. (Appeal No. 3.) [21 NYS3d 684]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Valentino, JJ.

■ JoANN ABBO-BRADLEY, Individually and as Parent and Natural Guardian of DYLAN J. BRADLEY and Others, Infants, et al., Appellants, v CITY OF NIAGARA FALLS et al., Defendants, and CECOS INTERNATIONAL, INC., Respondent. (Appeal No. 4.) [21 NYS3d 684]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Valentino, JJ.

■ STEFKA FERREL, Respondent, v CHRISTOPHER J. FERREL, Appellant. CHRISTOPHER J. FERREL, Third-Party Plaintiff-Appellant, v ANDREW FERREL, Third-Party Defendant-Respondent. [21 NYS3d 685]—Motion for reargument denied. Present—Smith, J.P., Centra, Valentino, Whalen and DeJoseph, JJ.

■ In the Matter of ROBERT REED, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, et al., Respondents. (Appeal No 2.) [21 NYS3d 685]—Motion for reargument denied. Present—Scudder, P.J., Centra, Carni, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON J. ALEJANDRO, Also Known as JASON GINTHER, Appellant. [21 NYS3d 680]—Motion to dismiss granted. Memorandum: The matter is remitted to Erie County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or the counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.